## Emma Adolphson, Appellee, v. Richard Russell, Appellant.

Gen. No. 9,365.

Heard in this court at October term, 1938; opinion filed December 15, 1939; rehearing denied February 6, 1940. Thomas J. Welch, Ralph Dempsey and P. A. D'Arcy, for appellant; Baird V. Helfrich, for appellee. Opinion by JUSTICE DOVE. "Not to be published in full."